ORDERED.

**Dated:  November 14, 2024**

_____
Lori V. Vaughan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

**CHRISTOPHER L. GUILBAULT,**

    **Debtor.**

**Case No.: 6:22-bk-03875-LVV**
**Chapter 7**

_____/

**CLINTON CORNELIUS and**
**JENNIFER CORNELIUS, Plaintiff**
**v.**
**CHRISTOPHER LEE GUILBAULT**
**Defendant**

**Adv. No. 6:23-ap-00006-LVV**

## ORDER DISMISSING ADVERSARY PROCEEDING BASED ON SETTLEMENT AGREEMENT

This matter has come before the Court upon the **Motion to Dismiss Adversary Proceeding Based on Settlement Agreement** (Doc. No. 21), and the Court having reviewed the Motion and determined that sufficient cause exists for the relief requested, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Adversary Proceeding is dismissed without prejudice, in accordance with the settlement reached between the Parties.

2. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement, should any breach occur.

3. Each party shall bear its own costs and attorney's fees in connection with this Adversary Proceeding.

4. The terms of this Order are self-effectuating, and no further notice, motion, or order is necessary to effectuate the provisions of this Order.


### ###

Attorney William Strawcutter is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.